UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PENN-STAR INSURANCE COMPANY, *et al*.<br><br>Defendants. | Case No. 1:23-cv-01528-JLT-CDB<br><br>ORDER ON STIPULATED REQUEST FOR (1) MODIFIED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND AND (2) EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING<br><br>(Docs. 8-9) |

On October 11, 2023, Plaintiff Nationwide Agribusiness Insurance Company ("Plaintiff") filed a complaint in the Kern County Superior Court against Defendants Penn-Star Insurance Company ("Penn-Star"), Grimmway Enterprises, Inc., and Nereo Penaloza-Herrera. (Doc. 1). On October 26, 2023, Penn-Star removed this action to this Court. *Id*. On November 16, 2023, Plaintiff filed a motion to remand. (Doc. 7).

Pending before the Court is the stipulated request of Plaintiff and Defendant Penn-Star for (1) a modified briefing schedule on Plaintiff's motion to remand, and (2) an extension of Defendant Penn-Star's responsive pleading deadline. (Docs. 8-9). Neither of the other Defendants named in the action (Grimmway Enterprises, Inc., and Nereo Penaloza-Herrera) have appeared and their position regarding the stipulated requests is unknown.

The Undersigned finds that the parties have demonstrated good cause for the requests, and

accordingly, IT IS HEREBY ORDERED:

1. Penn-Star shall file an opposition or statement of non-opposition to Plaintiff's motion to remand on or before December 7, 2023;

2. Plaintiff shall file any reply to Penn-Star's opposition on or before December 21, 2023; and

3. Penn-Star need not file a responsive pleading to Plaintiff's complaint until after the Court has ruled on Plaintiff's motion to remand.  In the event the Court denies the motion to remand and this case remains before this Court, Plaintiff and Penn-Star shall, within one week of the remand motion being denied, submit a stipulation to this Court proposing the date Penn-Star's responsive pleading shall be filed.

IT IS SO ORDERED.

Dated: __**November 16, 2023**__       _____
UNITED STATES MAGISTRATE JUDGE