UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PENN-STAR INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-01528-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING MOTION BRIEFING AND HEARING DATES ON PLAINTIFF'S MOTION TO REMAND<br><br>(Docs. 34, 36) |

Plaintiff Nationwide Agribusiness Insurance Company ("Plaintiff") initiated this action with the filing of a complaint on October 11, 2023, against Defendants Penn-Star Insurance Company ("Penn-Starr") and Grimmway Enterprises, Inc., doing business as Grimmway Farms ("Grimmway") (collectively, "Defendants") in the Kern County Superior Court, Case No. BCV-23-103412. (Doc. 1). The action was initially removed to this Court on October 26, 2023. *Id.*

On September 26, 2024, the Court granted Plaintiff's motion to remand, denied as moot Penn-Starr's request for judicial notice and motion to dismiss, and remanded the case to the Kern County Superior Court. (Doc. 30). Defendants thereafter removed the case back to this Court pursuant to the "bad faith" exception to the one-year rule of 28 U.S.C. § 1441(b) and 1446(c)(1) on May 28, 2025. (Doc. 31). On June 27, 2025, Plaintiff filed a motion to remand, a request for judicial notice, and noticed the hearing before the assigned district judge on August 1, 2025, at

9:00 AM. (Docs. 34, 35).

Pending before the Court is the parties' stipulated request for order to extend the briefing schedule and hearing date on Plaintiff's pending motion to remand, filed on June 30, 2025. (Doc. 36). The parties seek to extend deadlines for Penn-Starr's opposition to Plaintiff's motion to remand to July 18, 2025, and Plaintiff's reply to the opposition to July 30, 2025. *Id.* at 2. The parties further seek to continue the hearing on the motion to August 18, 2025, at 9:00 AM or on a later date to be set by the Court. *Id.* The parties represent good cause exists to modify the briefing schedule and hearing dates on the pending motion as counsel for Penn-Starr has pre-existing, non-movable scheduling conflicts. *Id.*

In light of the foregoing, and good cause appearing, the Court will grant the parties' request for a briefing and hearing extension. *See* E.D. Cal. Local Rules 144(d) & 230(f).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED:

1. Penn-Starr shall file any opposition to Plaintiff's motion to remand by no later than **July 18, 2025**;

2. Plaintiff shall file any reply to the opposition by no later than **July 30, 2025**; and

3. The hearing on the pending motion to remand is CONTINUED to **August 18, 2025**, at 9:00 AM before the assigned district judge.

IT IS SO ORDERED.

Dated: **July 1, 2025**                         _____
                                                                           UNITED STATES MAGISTRATE JUDGE