UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>PENN-STAR INSURANCE COMPANY, *et al.*,<br><br>            Defendants. | Case No. 1:23-cv-01528-JLT-CDB<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY OF DEFENDANT GRIMMWAY ENTERPRISES, INC., DOING BUSINESS AS GRIMMWAY FARMS<br><br>(Doc. 49) |

The Court has read and considered the appliation of Defendant Grimmway Enterprises, Inc. to substitute Colin T. Murphy as counsel of record in place of Joel C. Spann. (Doc. 49). In light of the request and for good cause appearing, the substitution of attorney is GRANTED.

IT IS SO ORDERED.

Dated: __October 30, 2025__                       _____
                                           UNITED STATES MAGISTRATE JUDGE